**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| ERAN EVANS, | : | Case No: 1:20-cv-00041 |
| | : | |
| Plaintiff, | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| vs. | : | |
| | : | |
| THE HILLMAN GROUP, INC., et al. | : | DEFENDANTS' NOTICE OF FILING |
| | : | DEPOSITION TRANSCRIPTS |
| Defendants. | : | |

Defendants The Hillman Group, Inc. and Tia Schaeper hereby give notice of the filing of the following deposition transcripts and exhibits in conjunction with the filing of their Motion for Summary Judgment:

1. Deposition of Eran L. Evans taken on September 17, 2021;

2. Deposition of Celestina ("Tia") Schaeper taken on September 24, 2021;

3. Deposition of Mark Weber taken on September 24, 2021.

                Respectfully submitted,

                */s/ Megan S. Glowacki*
                Megan S. Glowacki (0086572)
                Anthony P. McNamara (0093670)
                THOMPSON HINE LLP
                312 Walnut Street, Suite 2000
                Cincinnati, Ohio  45202
                Phone:  (513) 352-6700
                Fax:  (513) 241-4771
                Megan.Glowacki@ThompsonHine.com
                Anthony.McNamara@ThompsonHine.com

                *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on December 21, 2021, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send notification of such filing to counsel of record.

>*/s/ Megan S. Glowacki*
>Megan S. Glowacki

4876-8757-2230.1