**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

B

| | | |
|---|---|---|
| ERAN EVANS, | : | Case No: 1:20-cv-00041 |
| Plaintiff, | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| THE HILLMAN GROUP, INC., et al. | : | |
| Defendants. | : | |

## DECLARATION OF AMANDA KITZBERGER

I, Amanda Kitzberger, in accordance with 28 U.S.C. § 1746, declare as follows:

1. I am Vice President – Human Resources and Administration for The Hillman Group, Inc. ("Hillman"). I am over eighteen years of age and am competent to give this Declaration, which is based upon personal knowledge, information, and belief, or information I know to be trued based on my position with Hillman. I give this Declaration in connection with the captioned case and for no other purpose.

2. Kim Corbitt served as Hillman's Chief Human Resources Officer from in or around January 2017 until in or around June 2021.

3. According to Hillman's personnel records, Kim Corbitt identified as Black/African American.

4. I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of March, 2022.

                */s/ Amanda Kitzberger*
                AMANDA KITZBERGER